

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

No. 04-18-00715-CV

Kenneth J. **THOMAS**,
Appellant

v.

**ARRIBA APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04988
Honorable Karen Crouch, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Appellee has filed a motion to dismiss this appeal, arguing the appeal is moot because it is from a forcible detainer action and appellant is no longer in possession of the property and holds no meritorious claim to current actual possession of the property. However, the law provides that even when the issue of possession is moot, issues independent of possession are still reviewable on appeal. *Cavasos v. San Antonio Housing Auth.*, No. 04-09-00659-CV, 2010 WL 2772450, at *2 (Tex. App.—San Antonio 2010, no pet.) (concluding appeal was not moot when the judgment ordered appellant to pay unpaid rent). In this case, the judgment addresses not only forcible detainer but other issues. Specifically, the judgment awards appellee $2,700.00 in unpaid rent and $1250.00 in attorney's fees. Furthermore, appellant's brief addresses issues other than forcible detainer. Therefore, appellee's motion to dismiss this appeal as moot is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court